IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EMILY MAE SHAW,<br><br>             Plaintiff,<br><br>    v.<br><br>COMMISSIONER SOCIAL SECURITY<br>ADMINISTRATION,<br><br>             Defendant. | Case No. 3:24-cv-01502-SB<br><br>ORDER AWARDING ATTORNEY'S<br>FEES UNDER 42 U.S.C. § 406(b) |

The Court GRANTS Plaintiff's unopposed motion (ECF No. 18) for attorney's fees. Plaintiff's counsel, Kevin Kerr, is entitled to $4,800.00 in attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), which the agency must pay in accordance with its policy. Plaintiff's counsel shall refund the $604.41 that he previously received under the Equal Access to Justice Act. Any funds withheld by the Commissioner in anticipation of an order under Section 406(b), less an administrative assessment pursuant to 42 U.S.C. § 406(d), may be paid to Kevin Kerr, using the information on file with the agency.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2026.

_____
HON. STACIE F. BECKERMAN
United States Magistrate Judge